1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11   ROOSEVELT HARPER,                  )
                                        )
12                  Petitioner,         ) Case No. CV 08-4917 RSWL (AJW)
                                        )
13               v.                     )
                                        ) ORDER ADOPTING REPORT AND
14   D. K. SISTO,                       ) RECOMMENDATION OF
                                        ) MAGISTRATE JUDGE
15               Respondent.            )
     _____)

16

17       Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the

18   entire record in this action, and the Report and Recommendation of

19   United States Magistrate Judge ("Report"). No objections to the Report

20   have been filed within the time allowed.  The Court concurs with and

21   adopts the findings of fact, conclusions of law, and recommendations

22   contained in the Report.

23       DATED:  May 6, 2009

24

25                                    /S/
                                    _____
26                                    Ronald S.W. Lew
                                      Senior United States District Judge

27

28