**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROOSEVELT HARPER,** | Case No. CV 08-4917-RSWL(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 6, 2009

/S/

_____
Ronald S.W. Lew
Senior United States District Judge